FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2018 DEC 13  PM 3: 24

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES OF AMERICA

v.

NAIN RITCHEY

CASE NO. 3:18-cr-219-J-PDB
18 U.S.C. § 1701

### INFORMATION

The Unites States Attorney charges:

### COUNTS ONE AND TWO

On or about the dates described below, in the Middle District of Florida, the defendant,

NAIN RITCHEY,

an employee of the U.S. Postal Service, knowingly and willfully did obstruct and retard the passage of the mail by taking a letter, mail, and an article and thing contained therein as described below, to wit:

| Count | Date | Item |
| --- | --- | --- |
| 1 | On or about July 16, 2018 | Letter containing a AT&T Visa gift card |
| 2 | On or about September 11, 2018 | Letter containing a Target gift card |

In violation of 18 U.S.C. § 1701.

                MARIA CHAPA LOPEZ
                United States Attorney

By: _____
       David B. Mesrobian
       Assistant United States Attorney

By: _____
       Frank Talbot
       Assistant United States Attorney
       Chief, Jacksonville Division